UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY REDDIT, INC. | No. 2:23-mj-293-KFW |

**AFFIDAVIT OF SPECIAL AGENT LAURA MACRORIE
IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Special Agent Laura Macrorie, being duly sworn, hereby state the following:

1. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request arrest warrants and search warrants. I am currently employed as a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2020. I have received twenty-one weeks' formal training in investigative techniques at the FBI Academy in Quantico, Virginia. I have also received training from the FBI Cyber Division in basic networking, mobile communications, analysis of digital records, social media, cloud communications, and email tracing.

2. Over the course of my career outside the FBI, I have worked with victims of human trafficking, domestic violence, kidnapping, and other violent crimes, where I have observed various forms of abuse that include manipulation and exploitation involving digital devices.

3. I am currently assigned to the Cyber Crimes Squad in the FBI's Boston Division. I am responsible for investigations involving computer system intrusions, internet fraud, and cyberstalking. I have participated in the execution of warrants involving cyber, white-collar, and violent crimes. Based on my training and experience, I

1

am familiar with the means by which individuals use computers and information networks to commit these and other crimes. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am accordingly empowered by law to conduct investigations and to make arrests for federal felony offenses. I am also a federal law enforcement officer within the meaning of Fed. R. Crim. P. 41(a)(2)(C), that is, a government agent authorized to enforce criminal laws and duly authorized by the Attorney General to request search warrants.

## PURPOSE OF AFFIDAVIT

4. The FBI is currently investigating BRENT OUELLETTE (DOB: xx/xx/1992) for unlawful access of a computer, in violation of 18 U.S.C. § 1030(a)(2), and cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B) (the "Target Offenses").

5. I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Reddit, Inc. ("Reddit") an electronic communications and remote computing service provider headquartered in San Francisco, California, to disclose to the government copies of information (including the content of communications) associated with the Reddit accounts associated with usernames International_Dog709 and scoobydoocopp (the "Target Reddit Accounts"), as described in Attachment A, incorporated herein by reference, which are stored at premises owned, maintained, controlled, or operated by Reddit, and to seize evidence, instrumentalities, fruits of crime, and contraband as more fully described in Attachments B, also incorporated herein by reference.

6. The facts stated herein are based on my own personal involvement in the below-described investigation, as well as from information provided by other law enforcement officers and from certain records.

## STATEMENT OF PROBABLE CAUSE

### A. Background of Investigation

7.  On August 12, 2021, a then 22-year-old woman (hereinafter referred to as "the Victim") reported to the Lincoln County Sheriff's Office in Maine that she had received messages on the social media platform Instagram[1] from username "zainaanakhjevani" (display name Zaina Nakhjevani) stating there were sexually explicit photos of the Victim on the Instagram account of username "caseysgonefishing" (display name Casey Smith). Instagram username "zainaanakhjevani" provided the Victim with a few screenshots of images from "caseysgonefishing", and the Victim confirmed that the images were of her.[2] Username "zainaanakhjevani" also sent the Victim a link that was supposed to take her to a website where she could view the photos. The Victim clicked the link that appeared to be a login page for Instagram, entered in her account login information when prompted, but was unable to access the photos. A screenshot of the messages between the Victim and the Instagram user "zainaanakhjevani", as well as the purported link for the Victim to access the sexually explicit photos on Instagram, is

---

[1] Instagram, owned by Meta Platforms, Inc., is a photo and video sharing social networking service that allows users to upload media.

[2] As more fully described below, "Zaina Nakhjevani" was not actually a concerned citizen but was in fact the target of this investigation, Brent Ouellette, posing as a woman named Zaina Nakhjevani.

3

included below:



8.      The Victim subsequently engaged with username "caseysgonefishing" over Instagram direct message. During the course of the conversation, the "caseysgonefishing" account posted more pictures of the Victim and stated: "Told you I was already on it don't trust me lmao[3] yeah ok I could of destroyed you hours ago and chose not too. (sic)" Below are some other relevant messages username "caseysgonefishing" sent to the Victim in this exchange:

---

[3] I understand that "lmao" is shorthand slang for "laughing my ass off."

- "I hacked one of your friends" and "Log on to her snap and insta with me and blasts all of her shit"

- "I want to save the rest of the pics I want so I can jerk off to you. Or I can send what I have to all your followers. You can choose"

- "But ill just sent *(sic)* them to everyone idc[4]"

- "If you died tomorrow no one would care"

9. The Lincoln County Sheriff's Office in Maine served a search warrant on Instagram and was able to identify 67.242.58.9 as the IP address[5] used to register the "caseysgonefishing" account on June 15, 2020.[6] Records showed that the IP addresses 74.75.23.253 and 2603:7080:c43f:ef98:8dfb:31f6:a0a5:4e5c were subsequently used to log into the "caseysgonefishing" account. Legal returns from the internet service provider (ISP) provided the residential address where the IP addresses were being utilized (39 Northern Avenue Heights, Apartment 12, Auburn, Maine), along with subscriber name BRENT OUELLETTE (OUELLETTE), telephone number 207-312-2524, and email address brent.r.ouellette@gmail.com for the account. The IP address

---

[4] I understand that "idc" is shorthand slang for "I don't care."

[5] An "Internet Protocol address" or "IP address," as used herein, refers to a unique numeric or alphanumeric string used by a computer or other digital device to access the internet. Every computer or device accessing the internet must be assigned an IP address so that internet traffic sent from and directed to that computer or device may be directed properly from its source to its destination. Most Internet Service Providers ("ISPs") control a range of IP addresses. IP addresses can be "dynamic", meaning that the ISP assigns a different unique number to a computer or device every time it accesses the internet. IP addresses might also be "static", if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

[6] During the course of the FBI's later investigation, the FBI obtained records from various entities for accounts which were linked to BRENT OUELLETTE directly or indirectly, which showed that IP address 67.242.58.9 was associated with activity (registration, logins, logouts, etc.) in many of these accounts, including PayPal, Dropbox, Twitter, and Instagram.

74.75.23.253 was assigned to the above account between March 26, 2021 and approximately September 2, 2021, and the IP address 2603:7080:c43f:ef98:8dfb:31f6:a0a5:4e5c was assigned to the above account between May 7, 2021 and approximately September 5, 2021 (i.e., during the relevant time period).

10. On November 2, 2021, law enforcement executed a search warrant at 39 Northern Avenue Heights, Apartment 12, Auburn, Maine, where OUELLETTE resided at the time, for digital devices. As noted above, 39 Northern Avenue Heights, Apartment 12, Auburn, Maine, was identified as the subscriber address associated with the IP addresses involved in the nonconsensual dissemination of the private images of the Victim. Law enforcement seized a Samsung Galaxy S9 device that OUELLETTE identified as his (hereinafter "the device"). The device model was SM-G96OU, the same model that, according to Instagram records, logged into the Victim's Instagram account on August 11, 2021.[7]

11. Records obtained by law enforcement in October 2021 from US Cellular showed that the phone number 207-312-2524 had been associated with subscriber BRENT OUELLETTE and email address brent.r.ouellette@gmail.com since March 24, 2018.

12. In November of 2022, an advocate for the Victim contacted the FBI about OUELLETTE's activities.  Between November 28, 2022, and January 6, 2023, the FBI received files from the Lincoln County Sheriff's Office case file over email and on a thumb drive. The files included search warrants and returns, subpoena returns,

---

[7] The Victim had an iPhone. The login from device model SM-G96OU was associated with an Android device.

evidence collected from the Victim, and a forensic report created from the image of OUELLETTE's device, all of which was reviewed by me and other FBI Agents.

### B. OUELLETTE's Samsung S9 and Online Accounts

13. Photos that were sent to the Victim by the "caseysgonefishing" Instagram account were present on the device seized from OUELLETTE's residence on November 2, 2021. The device also contained various social media and email accounts. Photos that were sent to the Victim by the "caseysgonefishing" Instagram account, as well as a video of the Victim having intercourse, were present on the device. The device also contained various social media and email accounts in OUELLETTE's name and other relevant names, including the Victim's name and variations of the name "Zaina Nakhjevani".

14. Several email accounts were also present on the device, including brent.r.ouellette@gmail.com and zainaanakhjevani@gmail.com. In addition, I observed two other Gmail accounts on the device which, as more fully described below, are associated with the Target Reddit Accounts that are the subject of this search warrant application: jadeprice1217@gmail.com and brentlacombe@gmail.com.

15. According to records obtained from Google, the jadeprice1217@gmail.com email account was created under the name "jade price" on August 28, 2019.

16. Among the emails and email accounts present on OUELLETTE's device, FBI Agents found an email message sent from Instagram to the jadeprice1217@gmail.com account. The email was a notification from Instagram that the email address associated with the Instagram account "zainaaahluwalia" had been

changed from jadeprice1217@gmail.com to zainaaahluwalia@yahoo.com.[8] Records provided by Instagram in December 2022 show that the email jadeprice1217@gmail.com had in fact been used to create the "zainaahluwalia" Instagram account on January 2, 2020, using IP address 172.101.30.230. On February 17, 2020, Instagram account "zaina1q" was registered using the same IP address, 172.101.30.230.

17. As noted above, the Gmail account brentlacombe@gmail.com was also present on OUELLETTE's device. I know based on my work to date during this investigation that "Brent Lacombe" is a known alias of OUELLETTE, and the brentlacombe@gmail.com email address was associated with OUELLETTE in open source databases, as well as records provided by Amazon, Google, Coinbase, and X Corp. (Twitter).

**Background on Reddit**

18. "Reddit" is a social media news and discussion website. Reddit's registered users can submit content to the site such as links, text posts, images, and videos. According to Reddit's online Law Enforcement Guide, Reddit collects user information falling into three categories: 1) basic subscriber information; 2) "Other non-content records or information about a user or the user's conduct on Reddit, which "may include message headers, user preferences and certain activity logs"; and 3) "Communications content," which "may include the content of posts, comments, and messages, as well as

---

[8] Based on my training and experience with social media platforms, I know that Instagram sends notifications regarding account changes to the email address associated with the Instagram account.

8

other information regarding the substance of a Reddit user's communications on Reddit (such as upvotes/downvotes, posts/subreddits viewed, and/or search terms)."

19. Reddit also offers a so-called "Incognito mode" which allows users to browse content on the Reddit mobile application without associating their activity, such as the searches or the communities they view, with their Reddit account. Based on my training and experience in cyberstalking investigations, I know that individuals engaged in cyberstalking activity will often use tools to anonymously browse or access certain websites or webpages in order to obfuscate their activity.

20. Based on my training and experience and my work on this investigation to date, as more fully described below, I and other agents in this investigation believe that the target Reddit accounts were used by BRENT OUELLETTE to either upload the Victim's images to Reddit or download the images from Reddit and that OUELLETTE used Reddit to procure, trade, sell, and/or discuss explicit images of the Victim, and possibly other victims as well.

**C.  Reddit and the Target Offenses**

21. During the review of OUELLETTE's device, the FBI identified a folder on the device titled "Reddit". The folder contained numerous images and videos of women. Some of the images and videos were of naked women and contained explicit content. Also contained within this folder were three images and one video of the Victim. Two of the images, IMG_20210811_133520_446.jpg and IMG_20210811_133537_788.jpg, and the video, VID_124410510_024436_600.mp4, were of the Victim engaged in sexual intercourse. The other image, IMG_20210811_133528_843.jpg, was of the Victim in lingerie. The metadata of all three of the images indicated that the images

were created on August 11, 2021, which is the same date the "zainaanakhjevani" and "caseysgonefishing" Instagram accounts were contacting the Victim.

22.     As noted above, the Victim provided law enforcement with screenshots of the Instagram conversation she had with user "zainaanakhjevani". The screenshots depicted user "zainaanakhjevani" sending the Victim an image that appeared to be IMG_20210811_133537_788.jpg, and the video VID_124410510_024436_600.mp4, both of which we observed in the Reddit folder found on OUELLETTE's device. The Victim also provided law enforcement screenshots of her conversation with Instagram user "caseysgonefishing". The screenshots depicted user "caseysgonefishing" sending the Victim an image that appeared to be IMG_20210811_133528_843.jpg.

23.     Information obtained by the Lincoln County Sheriff's Office from a search warrant of the Instagram account "caseysgonefishing" showed that the account contained two videos, videos_2638495811630372472.mp4 and videos_2638519367739253385.mp4, which appeared to be of clips taken from VID_124410510_024436_600.mp4 with graphics added to cover the genitalia. As noted above in Paragraph 21, FBI Agents observed numerous sexually explicit photos and videos of unknown women in the Reddit folder on OUELLETTE's device, in addition to photos and videos of the Victim. In addition, during the course of this investigation, the FBI identified at least two other women whose social media accounts were hacked and whose names and login credentials were found on OUELLETTE's device. Accordingly, I submit that there is probable cause to believe that OUELLETTE created accounts under aliases—both male and female—to elicit, post, or otherwise use images of not just the Victim, but also of other women, to harass and otherwise cause them substantial emotional distress.

### D. The International_Dog709 Target Reddit Account

24. A review of OUELLETTE's Samsung device revealed that the device had the Reddit application installed on it, and the application contained information for the user International_Dog709. This Target Reddit Account was originally registered under the email address jadeprice1217@gmail.com. In addition, the International_Dog709 Target Reddit Account was originally registered on August 4, 2021, which was approximately one week before the images of the Victim were posted on social media and before OUELLETTE (using the Instagram username "caseysgonefishing") threatened to disseminate images to all of the Victim's followers. According to records obtained from Reddit in October 2023, the International_Dog709 Target Reddit Account is still active and was logged into as recently as September 6, 2023.

25. OUELLETTE's device also contained anonymous activity associated with the Reddit application on August 4, 2021, the day the International_Dog709 Target Reddit Account was registered and approximately one week before OUELLETTE began harassing the Victim. As described above, Reddit's "Incognito mode" allows users to browse content on the Reddit mobile application without associating their activity, such as the searches or the communities they view, with their Reddit account. Based on my training and experience in cyberstalking investigations, individuals engaged in cyberstalking activity will use tools to anonymously browse or access certain websites or webpages in order to obfuscate their activity.

E.  **The scoobydoocopp Target Reddit Account**

26. According to records obtained from Reddit in October 2023, the scoobydoocopp Target Reddit Account was registered on January 19, 2020[9] with email address brentlacombe@gmail.com. According to records obtained from Reddit, the scoobydoocopp Target Reddit Account was logged into as recently as September 6, 2023.

27. Open source research revealed that Reddit username scoobydoocopp "tagged" Reddit username zainaaahluwalia in a Reddit comment on Reddit thread "InstagramHotties." The date of the comment was displayed as "3 yr. ago", which would have been in 2020. The InstagramHotties thread was labeled as "NSFW," indicating that it contained content that was not appropriate to be viewed in public.[10]

28. The name of the scoobydoo**copp** Target Reddit Account (emphasis added) is also relevant because OUELLETTE's device contained activity related to the website "cumonprintedpics.com" (commonly referred to as "COPP"). Until approximately April 1, 2023,[11] COPP was a pornography website where users could post, comment, and otherwise interact. Users often posted and shared nude or revealing media of women of all ages. The website focused on the concept of "tribute pornography" where users would see images of women, sometimes non-pornographic, and choose to ejaculate on that image (hence the name of the website). Users of the website had usernames which were often not in their true name. OUELLETTE's device contained an account username

---

[9] Reddit records provide date and timestamps in UTC.

[10] I understand that "NSFW" is an acronym that stands for Not Suitable For Work or Not Safe For Work and indicates when internet content is considered to be inappropriate for viewing at work or in public.

[11] According to open sources, COPP shut down around April 1, 2023.

12

"Scoobydoo" associated with www.cumonprintedpics.com, as well as three downloads from the website on November 21, 2020.

29. Based on my training and experience, as well as a forensic review of OUELLETTE's device, I believe OUELLETTE either uploaded the Victim's images to Reddit or downloaded the images from Reddit.

30. Based on my training and experience in other investigations involving websites like COPP, I believe OUELLETTE used Reddit to procure, trade, sell, and/or discuss explicit images of the Victim, and possibly other victims.

31. Based on my training and experience in cyberstalking cases that involve account compromises, individuals who obtain and post explicit images of victims are often in communication with other like-minded individuals to discuss techniques used to obtain explicit victim content, solicit assistance in hacking and/or intimidating victims, and/or trade or sell the explicit images once obtained. The different Internet-based vehicles used by such individuals to communicate with each other include, but are not limited to, e-mail, bulletin boards, chat sites, web forums, instant messaging applications, and other similar platforms. The use of anonymous browsing, such as that offered by Reddit Incognito, is also common when individuals want to obfuscate their activity.

32. On September 29, 2023, members of the case team sent preservation requests to Reddit seeking preservation of all contents of the Target Reddit Accounts.[12] Based on our collective training and experience, I and other agents involved in this investigation believe the Target Reddit Accounts were used by BRENT OUELLETTE to

---

[12] The International_Dog709 Target Account was also previously preserved on March 8, 2023.

communicate with the website's users (both publicly and possibly also through private messaging) about the Target Offenses and more broadly about OUELLETTE's interest in obtaining sexually explicit victim content, hacking and/or intimidating victims, and/or trading or selling sexually explicit images once obtained. I and others involved in this investigation further believe that this Reddit account is likely to contain evidence of the Target Offenses and possibly also information leading to the identification of other victims and perpetrators. Although some of this information is publicly viewable on Reddit.com, not all of it is (e.g., data that has been retained by Reddit at law enforcement's request, but subsequently deleted from the public-facing pages, or private messages). Based on the foregoing, I submit that there is probable cause to search the entirety of the Target Reddit Accounts for the items described in Attachment B to this search warrant affidavit, which may constitute evidence of the crimes under investigation as described above.

33. Because the warrant will be served on Reddit, who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## CONCLUSION

34. Based on the foregoing, I believe the evidence demonstrates probable cause to believe that OUELLETTE engaged in the Target Offenses and that evidence, fruits, and instrumentalities of the Target Offenses exist in the Target Reddit Accounts. I submit that this affidavit establishes probable cause for a warrant to search the Target

Reddit Accounts described in Attachment A and to seize the items described in Attachment B, and therefore I request that the Court issue the proposed search warrant.

Respectfully submitted,

Laura Macrorie, Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Oct 23 2023

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title