## ATTACHMENT A
## Property to Be Searched

This warrant applies to information associated with the Reddit accounts associated with usernames International_Dog709 and scoobydoocopp (the "Target Reddit Accounts"), which are stored at premises owned, maintained, controlled, or operated by Reddit.com, a company headquartered at:

>Reddit.com
>C/O Legal Department
>548 Market Street, #16093
>San Francisco, CA  94104-5401