**ATTACHMENT B**
**Particular Things to Be Seized**

I. **Information to be disclosed by Reddit.com (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on or about March 8, 2023 and September 29, 2023, the Provider is required to disclose the following information to the government for each of the Accounts listed in Attachment A:

   a) Account information, including subscriber information, email addresses, phone number, and account settings and features such as Single Sign-On for Apple or Google, interests and preferences, bio, gender, age, location, or profile picture;

   b) All content (including texts, links, images, gifs, audio, and videos) the users submitted to Reddit services, including posts, comments, saved drafts, audio and videos broadcasted, messages with other users (e.g., private messages, chats, and modmail), and reports and other communications with moderators and Reddit service providers;

   c) Actions taken by the users when using Reddit services, including interactions with content (voting, saving, hiding, and reporting),

1

interactions with other users (following, friending, and blocking), and interactions with communities (user subscriptions and moderator status);

d) Transactional information about purchases of Reddit products or services, including name, address, email address, phone number, and information about the product or service purchased;

e) Transactional information about public blockchain addresses, such as when the user purchased an NFT or when a Reddit Vault was created;

f) Other information provided by the user, including by way of a form, Reddit-sponsored program participation, activities or promotions, job application, request for Reddit support, or other communications;

g) Log and data usage information, including information when the user accessed and used Reddit services, IP address, user agent string, browser type, operating system, referral URLs, device information (e.g. device IDs), device settings, mobile carrier name, pages visited, links clicked, the requested URL, and search history;

h) Information collected from cookies and similar technologies, including linked accounts;

i) Location information collected, including location associated with the user content or approximate location based on IP address.

j) All records pertaining to communications between the Provider and any person regarding the Account, including contacts with support services and records of actions taken; and

k) For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby ordered to disclose the above information to the government within 14 days of the issuance of this warrant.

II. **Information to be seized by the Government**

All information described in Attachment A that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 1030(a)(2) (unlawful access of a computer), and 18 U.S.C. § 2261A(2)(B) (cyberstalking) (the "Target Offenses"), during the period from January 19, 2020 to the present, including, but not limited to:

1) Information regarding the Victim and any other individuals whose images and identifying information OUELLETTE may have sought to access;

2) Evidence regarding OUELLETTE's efforts to conduct unauthorized access into victim accounts, obtain the fruits of others' unauthorized access into victim accounts, cyberstalk, harass, or otherwise cause victims substantial emotional distress, and/or communicate or conspire with others regarding the aforementioned criminal activities.