# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY REDDIT, INC. | No. 2:23-mj-293-KFW<br><br>**UNDER SEAL** |

## MOTION TO CONTINUE SEALING

The Government moves this Honorable Court to seal this case for an additional ninety (90) days, until February 14, 2025. Disclosure of the search warrant and affidavit during an ongoing investigation could have the effect of exposing the identity of cooperating witnesses, alerting the target, or other unknown co-conspirators, to the existence of this investigation, and/or leading to the flight of those individuals.

WHEREFORE, the Government requests that the search warrant, search warrant application, affidavit of Laura Macrorie, search warrant return, as well as any and all attachments, related documents and docket entries pertaining thereto, be sealed until February 14, 2025.

Date: November 15, 2024

Respectfully Submitted:

DARCIE N. MCELWEE
United States Attorney

*/s/ Sheila W. Sawyer*

SHEILA W. SAWYER
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Sheila.Sawyer@usdoj.gov